# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

Toni Jackson
    Plaintiff,

vs.                                                Civil Action No. 17-CV-79-KD-B

Royal Management
    Defendant(s)

## COMPLAINT

1.  Plaintiff resides at _7720 Thomas Road Apt 804_

2.  Name(s) of defendant(s) _Royal Management_

3.  Location of principal office(s) of the named defendant(s) _3250 Dauphin St._
    _Mobile, Al 36606_

4.  Nature of business of defendant(s) _Apartment Complex_
    _Dauphin Gate Apartments_

5.  Approximate number of individuals employed by defendant(s) _50_

6.  The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) _✓_ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below: _____

    _____

    _____

    _____

7. Plaintiff is:

    (A) _____ Presently employed by the defendant.

    (B) _✓___ Not presently employed by the defendant.

          The dates of employment were *11-17-14 thru 3-20-15*

      (1) _✓__ Plaintiff was discharged.

      (2) _____ Plaintiff was laid off.

      (3) _____ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

    (A) _____ Race           _____ Sex

       _____ Color          _____ National Origin

       _____ Religion

Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

    (B) _✓__ Physical disability

       _____ Mental disability

Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

    (C) _____ Age

Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) *Vertrina Carroll - Black Female - Site Manager*

10. The alleged discrimination occurred on or about *Late February - early March 2015*

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: I . have a disability. I was hired in November 2014 as a receptionist at Dauphin Gate Apts. I told Vertrena Carroll (site manager) of my condition. On March 20, 2015, Ms. Carroll terminated my employment for excessive absences and tardiness. I believe I was terminated because of my disability (see attachment)

12.    The alleged illegal activity took place at _Dauphin Gate Apartments 3250 Dauphin St. Mobile, Al. 36606_

13.    I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about _6/17/2015_

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission.  This letter was received by me on _11 – 18 – 2016_

14.    I seek the following relief:

(A)  _✓_  Recovery of back pay. _pain and suffering (mental (anguish) attorney fees and any expenses incurred due to loss_

(B)  _____  Reinstatement to my former job, and any other relief as may be appropriate, _of my employment._ including injunctive orders, damages, costs and attorney's fees.

Date: _2-15-2017_

_Toni Jacks_
Signature of Plaintiff

_7720 Thomas Rd. Apt. 804_
_Mobile, Al. 36695_
Address of Plaintiff

_(251) 643-8166 or (251) 289-2934_
Telephone Number of Plaintiff

Some of my absences were due to my disability, I am aware of other employers one of which was a new hire as well (Tanya Beard) who was also tardy more than I, however Ms. Beard was not terminated. Ms. Beard was hired on as a leasing agent and I was hired as receptionist. I was asked to do jobs other than my job description in the employee handbook. I was asked to walk the property and give out notices etc. to all tenants. The property is a two-story property. I explained to Ms. Carroll that I was unable to do that because of the diabetic neuropathy that I have in my feet, she insisted that I do it and I tried but could not do it, and afterwards she terminated me.

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Toni C. Jackson**<br>**7720 Thomas Road**<br>**Apartment 804**<br>**Mobile, AL 36695** | From: **Mobile Local Office**<br>**63 S Royal Street**<br>**Suite 504**<br>**Mobile, AL 36602** |

[  ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2015-20274 | **ARLENE A. GORCEY,**<br>**Investigator** | **(251) 690-2177** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[  ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[  ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[  ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*                                   11-17-16

**Erika LaCour,**                                *(Date Mailed)*
**Local Office Director**

Enclosures(s)

cc:    **Royal Management Company Inc.**
       **c/o Katherine Suttle Weinert, Esq.**
       **Wells Fargo Tower, Suite 2300**
       **420 20th Street North**
       **Birmingham, AL 35203**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*